# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 14, 2016

Before

DAVID F. HAMILTON, *Circuit Judge*

| | |
|---|---|
| No. 16-1652 | IN RE: SUBWAY FOOTLONG SANDWICH MARKETING AND SALES PRACTICES LITIGATION<br><br>APPEAL OF: THEODORE H. FRANK<br>Appellant |
| **Originating Case Information:** | |
| District Court No: 2:13-md-02439-LA<br>Eastern District of Wisconsin<br>District Judge Lynn Adelman | |

Upon consideration of the **MOTION TO SEAL DOCUMENTS IN THE APPELLATE RECORD**, filed on April 7, 2016, by counsel for appellee Doctor's Associates, Inc.,

**IT IS ORDERED** that appellant and plaintiff-appellees shall respond to defendant-appellee's request to remove sealed documents from the record on appeal and maintain them under seal in the district court by April 28, 2016.

form name: **c7_Order_3J**(form ID: **177**)